UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-civ-20449-JAL

SITA INFORMATION NETWORKING
COMPUTING USA, INC.,

    Plaintiff,

v.

FAUSTO CAPOTE, HUGO CORDOVA and
KRONOS SOFTWARE SOLUTIONS, INC.,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO MOTION FOR TELEPHONIC TESTIMONY**

Defendants, by and through the undersigned counsel, hereby file and serve the above-referenced pleading and state the following:

1. To be clear, Defendants do not object to taking testimony of witnesses over the telephone as long as they are provided with copies of exhibits and preferably a way to quickly receive any new exhibits (such as e-mail) during their testimony.

2. When Plaintiff first inquired about this matter Plaintiff asked the undersigned whether there was any objection to a witness appearing telephonically.

3. After that, en email was sent in which it was explained that Plaintiff plans to call Mr. Cohen to discuss intellectual property law from the United Kingdom. The undersigned asked, via email, why this was relevant and did not receive a reply.

4. Defendants do not object to taking witness testimony telephonically but are not sure what relevance English intellectual property law would have on a Florida Trade

1

Secrets Act case which involves a confidentiality agreement governed by Georgia law. Defendants therefore object to Mr. Cohen's testimony.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
 (305) 375-9510 Ext. 314
 (305) 375-9511(facsimile)
costalesgary@hotmail.com

### CERTIFICATE OF SERVICE

**I hereby certify** that on February 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

### SERVICE LIST

*SITA INFORMATION NETWORKING COMPUTING USA, INC v. FAUSTO CAPOTE, HUGO CORDOVA AND KRONOS SOFTWARE SOLUTIONS, INC*
CASE NO.: 14-20449-JAL
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Lisa Rodriguez, Esq.<br>E-mail: lrtaseff@duanemorris.com<br><br>Duane Morris LLP<br>200 S Biscayne Blvd. Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 960-2242<br>Facsimile: (305) 960-2201<br>Attorney for Plaintiffs<br>Notice of Electronic Filing | Gary A. Costales, Esq.<br>E-mail:costalesgary@hotmail.com<br><br>Gary A. Costales, P.A.<br>1200 Brickell Ave. Suite 1230<br>Miami, Florida 33131<br>Telephone: (305) 375-9510<br>Facsimile: (305) 375-9511<br>Attorney for Defendants<br>Notice of Electronic Filing |