UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SITA INFORMATION NETWORKING
COMPUTING USA, INC.,

   Plaintiff,

v.            Civ. Act. No. 1:14-cv-20449-JAL

FAUSTO CAPOTE, HUGO CORDOVA, and
KRONOS SOFTWARE SOLUTIONS, INC.,

   Defendants.

_____

*(AMENDED)*
**PLAINTIFF, SITA INFORMATION NETWORKING COMPUTING USA, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, SITA INFORMATION NETWORKING COMPUTING USA, INC., ("SITA") by and through their attorneys, and pursuant to this Court's instruction, hereby files their Witness and Exhibit List, as follows:

*AMENDED WITNESS LIST*

1. Helen Porter
   Senior Director of PSL Portfolio Strategy
   SITA Information Networking Computing USA, Inc.

2. Keri Streicher
   Director, Human Resources, The Americas
   SITA Information Networking Computing USA, Inc.

3. Michael Ellis
   Director, Technical Development
   SITA Information Networking Computing USA, Inc.

- 2 -

4. Jonathan S. Cohen, admitted as a solicitor in England and Wales
(APPEARING TELEPHONICALLY)
Duane Morris LLP
10 Chiswell Street, 2nd Floor
London, UK EC1Y 4UQ

## *AMENDED* EXHIBIT LIST

| | Objections Table | |
|---|---|---|
| A | Authenticity | |
| I | Contains inadmissible matter | |
| R | Relevancy | |
| H | Hearsay | |
| UP | Unduly prejudicial-probative value outweighed by undue prejudice | |
| P | Privileged | |
| C | Improper composite | |
| CUM | Cumulative | |

| Exhibit No. | Date Identified | Date Admitted | Witness(es) | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | June 26, 2001 Letter from SITA INFORMATION NETWORKING COMPUTING USA, INC., ("SITA") to HUGO CORDOVA ("CORDOVA") |
| 2. | | | | | June 26, 2001 Letter from SITA to FAUSTO CAPOTE ("CAPOTE") |
| 3. | | | | | July 24, 2013 Agreement and General Release between SITA and CAPOTE |
| 4. | | | | | January 23, 2014 Letter from SITA to CAPOTE |
| 5. | | | | | SITA Passenger Revenue Accounting ("PRA") Screen Shot (navigation page) |
| 6. | | | | | SITA PRA Screen Shot (Data Load Interfaces page) |

- 2 -

| Exhibit No. | Date Identified | Date Admitted | Witness(es) | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 7. | | | | | SITA PRA Screen Shot (Data Loads Main Control Panel page) |
| 8. | | | | | SITA PRA Screen Shot (Exception Summary page) |
| 9. | | | | | SITA PRA Screen Shot (Data Dashboard page) |
| 10. | | | | | June 2007 effective date, SITA Ethics Policy |
| 11. | | | | | December 2012 effective date, SITA's Corporate IT Policy |
| 12. | | | | | December 4, 2012, PRA Confidential SITA Employee Announcement |
| 13. | | | | | October 11, 2012 E-Mail from Cordova to Helen Porter, Senior Director of PSL Portfolio Strategy, SITA ("Porter"), Subject Soft Transition Proposal (with attachment) |
| 14. | | | | | October 28, 2012, E-Mail from CORDOVA to Porter, Subject Soft Transition Proposal: Latest Version (with attachment) |
| 15. | | | | | November 20, 2012, E-Mail from CORDOVA to Michael Ellis, Director, Technical Development, SITA ("Ellis"), Subject Last Proposal (with attachment) |
| 16. | | | | | January 17, 2013, Articles of Incorporation, KRONOS SOFTWARE SOLUTIONS, INC. ("KRONOS") |
| 17. | | | | | July 15, 2013, Change of Registered Officer/Agent, KRONOS |
| 18. | | | | | January 12, 2013 creation date, Domain for kronospra.com, registrant name: CORDOVA (printout from whois.melbourneit.com) |

| Exhibit No. | Date Identified | Date Admitted | Witness(es) | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 19. | | | | | May 30, 1996 Agreement between VVVVVVV and Rene Perez & Associates, Inc. (together with all schedules and attachments thereto) |
| 20. | | | | | Curriculum Vitae, Jonathan S. Cohen, admitted as a solicitor in England and Wales |
| 21. | | | | | June 2011 revised, Guide from the Intellectual Property Office titled: Licensing IP, IP Health Check 1 |
| 22. | | | | | January 9-10, 2014, E-Mail Exchange from CAPOTE and CORDOVA with VVVVVVV (provided to SITA by VVVVVVV on January 24, 2014) |
| 23. | | | | | August 4, 2009, PTS Service Agreement between RRRRRRR (customer) and SITA |
| 24. | | | | | October 4, 2013, Letter from SITA to RRRRRRR (customer) |
| 25. | | | | | January 5, 2010, SITA Service Agreement between CCCCCCC (customer) and SITA |
| 26. | | | | | June 11, 2013. Letter from SITA to CCCCCCC (customer) |
| 27. | | | | | SITA PRA Customer List |
| 28. | | | | | November 30, 2012, CORDOVA Lotus notes account (SITA work E-Mail) *to be presented electronically* |

Respectfully submitted,

DUANE MORRIS LLP

By: /s/Lida Rodriguez-Taseff
     Lida Rodriguez-Taseff
     Florida Bar No. 039111

200 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
(305) 960-2242
(305) 960-2201 (fax)
LRTaseff@duanemorris.com

CHAMBERLAIN HRDLICKA WHITE
WILLIAMS & AUGHTRY

Annette A. Idalski
Georgia Bar No. 005559
*Pro Hac Vice pending*
F. Beau Howard
Georgia Bar No. 142641
*Pro Hac Vice pending*
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303-1747
(404) 659-1410
(404) 659-1852 (fax)
annette.idalski@chamberlainlaw.com
beau.howard@chamberlainlaw.com

COUNSEL FOR PLAINTIFF SITA INFORMATION NETWORKING COMPUTING USA, INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2014, the foregoing was electronically filed with the Clerk of the Court for the United States District Court, Southern District of Florida (Miami Division) by using the CM/ECF system and that service upon Gary A. Costales, Esq. at costalesgary@hotmail.com; gary@youremploymentattorney.com; and samaria@youremploymentattorney.com will be accomplished by the CM/ECF system.

/s/ Lida Rodriguez-Taseff
Lida Rodriguez-Taseff