UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| SITA INFORMATION NETWORKING COMPUTING USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAUSTO CAPOTE, HUGO CORDOVA, and KRONOS SOFTWARE SOLUTIONS, INC., <br><br> Defendants. | Civ. Act. No. 1:14-cv-20449-JAL |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* ON BEHALF OF FLETCHER BEAUMONT HOWARD, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* On Behalf Of Fletcher Beaumont Howard, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Fletcher Beaumont Howard, Esquire, may appear and participate in this action on behalf of Plaintiff, SITA INFORMATION NETWORKING COMPUTING USA, INC.

Civ. Act. No. 1:14-cv-20449-JAL

The Clerk shall provide electronic notification of all electronic filings to Fletcher Beaumont Howard, Esquire, at beau.howard@chamberlainlaw.com.

DONE AND ORDERED in Chambers at _____Miami_____, Florida, this 12 day of Feb_____.

_____
Honorable ~~John M. Leonard~~ JOHN O'SULLIVAN
United States ~~District~~ Judge
MAGISTRATE

Copies furnished to:

Lida Rodriguez-Taseff
Duane Morris, LLP
200 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
LRTaseff@duanemorris.com

Fletcher Beaumont Howard
Chamberlain Hrdlicka White Williams & Aughtry
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303-1747
beau.howard@chamberlainlaw.com

Fausto Capote
16116 Southwest 149th Terrace
Miami, Florida 33169

Hugo Cordova
11962 Southwest 126th Lane
Miami, Florida 33186

Fausto A. Capote as Registered Agent for Kronos Software Solutions, Inc.
16116 Southwest 149th Terrace
Miami, Florida 33196