UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-20449-JAL

SITA INFORMATION NETWORKING
COMPUTING USA, INC.,

    Plaintiff,

v.

FAUSTO CAPOTE, HUGO CORDOVA and
KRONOS SOFTWARE SOLUTIONS, INC.,

    Defendants.
    _____/

**DEFENDANTS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

    Defendants, by and through the undersigned counsel, hereby serve and file the above-referenced pleading and state the following:

    1.    Defendants object to Plaintiff's Exhibit 28 (Lotus notes) because Defendants have not been provided a copy of that exhibit electronically or otherwise.

    Respectfully submitted,

    /s Gary A. Costales
    Gary A. Costales
    Florida Bar No. 0948829
    Law Offices of Gary A. Costales, P.A.
    1200 Brickell Avenue, Suite 1230
    Miami, Florida 33131
    (305) 375-9510 Ext. 314
    (305) 375-9511(facsimile)
    costalesgary@hotmail.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on February 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## **SERVICE LIST**

*SITA INFORMATION NETWORKING COMPUTING USA, INC v. FAUSTO CAPOTE, HUGO CORDOVA AND KRONOS SOFTWARE SOLUTIONS, INC*
**CASE NO.: 14-20449-JAL**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Lisa Rodriguez, Esq. | Gary A. Costales, Esq. |
| E-mail: lrtaseff@duanemorris.com | E-mail:costalesgary@hotmail.com |
| | |
| Duane Morris LLP | Gary A. Costales, P.A. |
| 200 S Biscayne Blvd. Suite 3400 | 1200 Brickell Ave. Suite 1230 |
| Miami, FL 33131 | Miami, Florida 33131 |
| Telephone: (305) 960-2242 | Telephone: (305) 375-9510 |
| Facsimile: (305) 960-2201 | Facsimile: (305) 375-9511 |
| Attorney for Plaintiffs | Attorney for Defendants |
| Notice of Electronic Filing | Notice of Electronic Filing |