UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-civ-20449-JAL

SITA INFORMATION NETWORKING
COMPUTING USA, INC.,

    Plaintiff,

v.

FAUSTO CAPOTE, HUGO CORDOVA and
KRONOS SOFTWARE SOLUTIONS, INC.,

    Defendants.
_____/

## DEFENDANTS' WITNESS AND EXHIBIT LIST FOR FEBRUARY 12, 2014 HEARING

Defendants, by and through the undersigned counsel, hereby serve and file the above-referenced pleading and state the following:

1. The following witnesses will be called by Defendants to testify:

Hugo Cordovez

Fausto Capote

Any witness called by Plaintiff to which Defendants have no objection.

2. Defendants plan on using the following exhibits during the hearing. These will be redacted appropriately. Defendants provided Plaintiff with unredacted copies of these exhibits before the Court's noon deadline for exhibits. Plaintiff sent a lengthy confidentiality agreement to counsel today at approximately 12:30 p.m. today and counsel is in the process of getting that signed by Defendants. Defendants are in receipt of Plaintiff's redacted exhibits.

**Exhibits**

[handwritten: 2/12/14 Admitted] 1. E-mail from Hugo Cordova; Re: PRA Future and Proposal; dated October 4, 2012

[handwritten: * Court ordered exhibits to be maintained by counsel.]

2/12/14 Admitted  2. Confidential SITA Employee Announcement dated December 4, 2012

2/12/14 Admitted  3. E-mail from Hugo Cordova: PRA's Concerns and Future dated November 30, 2012

2/12/14 Admitted  4. E-mail string October 7, 2013 - January 14, 2014

5. E-mail dated March 13, 2013

2/12/14 Court reserved ruling. { 6. E-mail dated April 10, 2013

2/12/14 withdrawn. 7. Excerpt from Framework IT related Services Agreement   2/12/14 withdrawn by counsel

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
 (305) 375-9510 Ext. 314
 (305) 375-9511(facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on February 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

SITA INFORMATION NETWORKING COMPUTING USA, INC v. FAUSTO CAPOTE, HUGO CORDOVA AND KRONOS SOFTWARE SOLUTIONS, INC

2

CASE NO.: 14-20449-JAL
United States District Court, Southern District of Florida

| | |
|---|---|
| Lisa Rodriguez, Esq.<br>E-mail: lrtaseff@duanemorris.com<br><br>Duane Morris LLP<br>200 S Biscayne Blvd. Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 960-2242<br>Facsimile: (305) 960-2201<br>Attorney for Plaintiffs<br>Notice of Electronic Filing | Gary A. Costales, Esq.<br>E-mail: costalesgary@hotmail.com<br><br>Gary A. Costales, P.A.<br>1200 Brickell Ave. Suite 1230<br>Miami, Florida 33131<br>Telephone: (305) 375-9510<br>Facsimile: (305) 375-9511<br>Attorney for Defendants<br>Notice of Electronic Filing |