UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20449-CIV-O'SULLIVAN
[CONSENT]

SITA INFORMATION NETWORKING
COMPUTING USA, INC.,

    Plaintiff,

v.

FAUSTO CAPOTE, HUGO CORDOVA
and KRONOS SOFTWARE SOLUTIONS,
INC.,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court following a status hearing on February 13, 2014 concerning the settlement agreement reached by the parties. Having reviewed the applicable filings and the law, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with prejudice**. The Court retains jurisdiction until January 31, 2016 to enforce the settlement terms. It is further

ORDERED AND ADJUDGED that all pending motions are **DENIED as moot**.

**THE CLERK OF THE COURT IS DIRECTED TO MARK THIS CASE CLOSED**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **13th** day of February, 2014.

_____
JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record